## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:03-cr-00398-R |
| Galeb Mizyed, et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

| January 21, 2022 | Christina A. Snyder /s/ |
|---|---|
| Date | United States District Judge |

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

| | |
|---|---|
| Date | United States District Judge |

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:02-cr-00003 CAS  and the present case:

[X] A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____.
This is very important because documents are routed to the assigned judge by means of these initials.

cc:  [ ] PSALA   [ ] PSAED   [ ] USMLA   [ ] USMSA   [ ] USMED   [ ] Previous Judge   [ ] Statistics Clerk

CR-59 (03/21)      **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)**